## STREETER *v.* CRAVEN, WARDEN, ET AL.

No. 830, Misc. Decided June 17, 1968.

*Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Derald E. Granberg,* Deputy Attorney General, for respondents.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *Peyton* v. *Rowe,* 391 U. S. 54.